# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORICE PATTERSON, | NO. CV 19-2221-PA (KS) |
| Petitioner, | |
| v. | JUDGMENT |
| JOSIE GASTELO, | |
| Respondent. | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: March 29, 2019

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE